IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES MCGILTON, : | |
| : | |
| Plaintiff : | |
| : | Case Number: 1:06-cv-00029 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| RICHARD JESKO, : | |
| : | |
| Defendant. : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Plaintiff's complaint against defendant Jesko is DISMISSED for failure to state a claim upon which relief may be granted. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith.

4/12/06                                                             James Bonini, Clerk

                                                                    s/Kevin Moser
                                                                    Kevin Moser
                                                                    Deputy Clerk